**FILED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAN 11 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW GENE BALLARD,<br><br>Defendant. | No. 2:11-cr-00355-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release MATTHEW GENE BALLARD; Case No. 2:11-cr-00355-WBS, from custody for the following reasons:

__X__ Release on Personal Recognizance

_____ Bail Posted in the Sum of $_____

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

__X__ (Other): Defendant ordered to report to his Probation Officer upon release.

Issued at Sacramento, California on January 11, 2016, at 9:45 a.m.

_____
William B. Shubb
United States District Judge