HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
MATTHEW GENE BALLARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-102 GEB |
| | 2:11-cr-355 GEB |
| Plaintiff, | |
| | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| MATTHEW GENE BALLARD, | |
| Defendant. | Date: July 8, 2016 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Matthew C. Bockmon that the status conference scheduled for July 8, 2016 be vacated and continued to August 12, 2016 at 9:00 a.m.

The Government has produced pages of documents and made electronic devices and other physical evidence available for review.  Defense counsel for Mr. Ballard requires additional time to review the discovery, to conduct additional investigation and legal research, and to confer with his client about plea negotiations and how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as July 5, 2016, the date of the parties' stipulation, through and including August 12, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time for defense counsel to

1  prepare] and General Order 479, Local Code T4 based upon defense counsel's preparation.

DATED: July 5, 2016				Respectfully submitted,

						HEATHER E. WILLIAMS
						Federal Defender

						*/s/ Linda Allison for*
						*Matthew C. Bockmon*
						MATTHEW C. BOCKMON
						Assistant Federal Defender
						Attorney for MATTHEW BALLARD


DATED: July 5, 2016				PHILLIP A. TALBERT
						Acting United States Attorney

						*/s/ Linda Allison for*
						*Michelle Rodriguez*
						MICHELLE RODRIGUEZ
						Assistant U.S. Attorney
						Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders the time from July 5, 2016, the date of the parties stipulation, up to and including August 12, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) [defense counsel's preparation]. It is further ordered the July 8, 2016 status conference shall be continued until August 12, 2016, at 9:00 a.m.

Dated:  July 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge