PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MATTHEW GENE BALLARD,<br>Defendant. | Case No. 2:16-CR-102-GEB<br>Case No. 2:11-CR-355-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO SET CHANGE OF PLEA AND ADMIT AND DENY HEARING<br><br>DATE:   February 10, 2017<br>TIME:   9:00 am<br>JUDGE: Hon. Garland E. Burrell, Jr. |

Plaintiff, United States of America, by and through Assistant United States Attorney Michelle Rodriguez, and Defendant Matthew G. Ballard, through his attorney Olaf W. Hedberg, hereby stipulate and agree to set a change of plea and the admit and deny hearing on February 10, 2017 at 9:00 a.m. before this Court.

///
///
///
///
///
///

STIPULATION AND PROPOSED ORDER

1

Because this matter has been set for trial on August 8, 2017, speedy trial time has previously been excluded until August 8, 2017 under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4).

Dated:  January 25, 2017                               PHILLIP A. TALBERT
                                                       United States Attorney


                                                        /s/ MICHELLE RODRIGUEZ
                                                       MICHELLE RODRIGUEZ
                                                       Assistant United States Attorney


Dated:  January 25, 2017                                /s/ OLAF W. HEDBERG
                                                       OLAF W. HEDBERG
                                                       Counsel for Defendant
                                                       Matthew Gene Ballard

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>   v.<br><br>MATTHEW GENE BALLARD,<br>        Defendant. | )<br>)  Case No.  2:16-CR-102-GEB<br>)  Case No.  2:11-CR-355-GEB<br>)<br>)  ORDER<br>)<br>)  DATE:    February 10, 2017<br>)  TIME:     9:00 am<br>)  JUDGE:   Hon. Garland E. Burrell, Jr.<br>)<br>)<br>) |

**ORDER**

A status hearing is scheduled to commence at 9:00 a.m. on February 10, 2017.

Dated:  January 26, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge